THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS SHAW, Appellant.—

Present—Callahan, J. P., Boomer, Pine, Balio and Davis, JJ.